DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNIE ELIJAH** and **EDNA ELIJAH,**
Appellants,

v.

**ADAMS TRANSPORT, INC.,**
Appellee.

No. 4D22-945

[August 17, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE20007326.

Brian J. Lee of Morgan & Morgan, Jacksonville, for appellants.

Steven Mitchel, Marie Baez Lorenzo, William Xanttopoulos, and Lianet Rodriguez Quindemil of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***